```
 1  LATHAM & WATKINS LLP
       Paul H. Dawes (SBN 55191)
 2     Jennie F. Feldman (SBN 248375)
    140 Scott Drive
 3  Menlo Park, California 94025
    Telephone: +650.328.4600
 4  Facsimile: +650.463.2600

 5  LATHAM & WATKINS LLP
       Michele F. Kyrouz (SBN 168004)
 6  505 Montgomery Street, Suite 2000
    San Francisco, California 94111-2562
 7  Telephone: +415.391.0600
    Facsimile: +415.395.8095
 8
    LATHAM & WATKINS LLP
 9     Gal Dor (SBN 242933)
    650 Town Center Drive, 20th Floor
10  Costa Mesa, California 92626-1925
    Telephone: +714.540.1235
11  Facsimile: +714.755.8290

12  AMGEN INC.
       Anna S. Richo (SBN 208320)
13     C. Moze Cowper (SBN 800519)
    One Amgen Center Drive
14  Mail Stop 28-2-B
    Thousand Oaks, California 91320
15  Telephone: +805.447.1000
    Facsimile: +805.499.8011
16
17  Attorneys for Nominal Defendant Amgen
    Inc.
18
19                      UNITED STATES DISTRICT COURT
20                     CENTRAL DISTRICT OF CALIFORNIA
21
    JUDY DURGIN, Derivatively on        CASE NO. CV07-03001 PSG (PLAx)
22  Behalf of AMGEN, Inc.,
23              Plaintiff,              STIPULATION REGARDING BRIEFING
                                        SCHEDULE AND HEARING DATE FOR
24         v.                           MOTIONS TO DISMISS AND [PROPOSED]
                                        ORDER
25  KEVIN W. SHARER, GEORGE J.
    MORROW, DENNIS M. FENTON,
26  BRIAN MCNAMEE, ROGER M.             Hon. Philip S. Gutierrez
    PERLMUTTER, DAVID                   Ctrm: 790
27  BALTIMORE, GILBERT S. OMENN,
    JUDITH C. PELHAM, FREDERICK
28  W. GLUCK, JERRY D. CHOATE, J.
```

ORIGINAL — FILED CLERK U.S. DISTRICT COURT AUG 17 2007 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY — Priority / Send / Enter / Closed / JS-5/JS-6 / JS-2/JS-3 / Scan Only — LODGED CLERK U.S. DISTRICT COURT AUG 14 2007 CENTRAL DISTRICT OF CALIFORNIA — DOCKETED ON CM AUG 20 2007 — 34

| | |
|---|---|
| 1 | PAUL REASON, FRANK J. BIONDI, JR., LEONARD D. SCHAEFFER, FRANK C. HERRINGER, RICHARD D. NANULA, EDWARD V. FRITZKY, and FRANKLIN P. JOHNSON, JR., |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | - and - |
| 7 | AMGEN, INC., a Delaware corporation, |
| 8 | Nominal Defendant. |

10  WHEREAS, on August 14, 2007, Nominal Defendant Amgen, Inc.,

11 ("Amgen") and Kevin W. Sharer, George J. Morrow, Dennis M. Fenton, Brian M.

12 McNamee, Roger M. Perlmutter, David Baltimore, Gilbert S. Omenn, Judith

13 Pelham, Frederick W. Gluck, Jerry D. Choate, J. Paul Reason, Frank J. Biondi, Jr.,

14 Leonard D. Schaeffer, Frank C. Herringer, Richard D. Nanula, Edward V. Fritzky

15 and Franklin P. Johnson, Jr. (collectively "Individual Defendants") are moving to

16 dismiss the instant case; and

17  WHEREAS, counsel for Plaintiff, counsel for Amgen and counsel for the

18 Individual Defendants have agreed to a briefing schedule and hearing date.

19  THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD,

20 STIPULATE AND AGREE AS FOLLOWS:

21  1.  Amgen and the Individual Defendants shall file and serve their

22 motions to dismiss by overnight mail on August 14, 2007;

23  2.  Plaintiff shall have until September 5, 2007 to file and serve by

24 overnight mail her oppositions to Amgen's and the Individual Defendants'

25 Motions;

26  3.  Amgen and the Individual Defendants shall have until September 17,

27 2007 to file and serve by overnight mail their reply briefs; and

28  4. Amgen's and the Individual Defendants' motions shall be heard on

1  Monday, September 24 at 1:30 pm.

2

3  Dated: August 14, 2007

THE WARNER LAW FIRM
6363 Woodway, Suite 910
Houston, TX 77057
Tel: (713) 783-7077
Fax: (713) 583-9196

By: _____
    Paul T. Warner

LAW OFFICES OF DAVID M. GOLDSTEIN
DAVID M. GOLDSTEIN
10535 Foothill Blvd., Suite 300
Rancho Cucamonga, CA 91730
Tel: (909) 466-4757
Fax: (909) 980-5525

Attorneys for Plaintiff
JUDY DURGIN, Derivatively on Behalf
of AMGEN INC.

14  Dated: August 14, 2007

MAYER, BROWN, ROWE & MAW LLP
STEVEN O. KRAMER (SBN 079626)
JOHN NADOLENCO (SBN 181128)
MACK ANDERSON (SBN 229035)
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

By: Steven O. Kramer by DN, GA
    Steven O. Kramer

Attorneys for Defendants
KEVIN W. SHARER, GEORGE J.
MORROW, DENNIS M. FENTON,
BRIAN M. MCNAMEE, ROGER M.
PERLMUTTER, DAVID BALTIMORE,
GILBERT S. OMENN, JUDITH C.
PELHAM, FREDERICK W. GLUCK,
JERRY D. CHOATE, J. PAUL REASON,
FRANK J. BIONDI, JR., LEONARD D.
SCHAEFFER, FRANK C. HERRINGER,
RICHARD D. NANULA, WILLARD H.
DERE, EDWARD V. FRITZKY,
FRANKLIN P. JOHNSON, JR., and
DONALD B. RICE

LATHAM&WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY
SV\57424A.1
022142-0130

3  STIPULATION REGARDING BRIEFING SCHEDULE
   AND [PROPOSED] ORDER

1  Dated: August 17, 2007

LATHAM & WATKINS LLP

By: _____
Michele F. Kyrouz

Attorneys for Nominal Defendant
AMGEN, INC.

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, pursuant to the Stipulation of the parties,

1. Amgen and the Individual Defendants shall file and serve their motions to dismiss by overnight mail on August 14, 2007;

2. Plaintiff shall have until September 5, 2007 to file and serve by overnight mail her oppositions to Amgen's and the Individual Defendants' Motions;

3. Amgen and the Individual Defendants shall have until September 17, 2007 to file and serve by overnight mail their reply briefs; and

4. Amgen's and the Individual Defendants' motions shall be heard on Monday, September 24 at 1:30 pm.

IT IS SO ORDERED.

DATED: 8/17/07

Hon. Philip S. Gutierrez

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY
SV\574244.1
022142-0130

5   STIPULATION REGARDING BRIEFING SCHEDULE AND [PROPOSED] ORDER

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On **August 14, 2007**, I served the following document described as:

**STIPULATION REGARDING BRIEFING SHEDULE AND HEARING DATE FOR MOTIONS TO DISMISS AND [PROPOSED] ORDER**

by serving a true copy of the above-described document in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| David M. Goldstein, Esq.<br>Law Offices of David M. Goldstein<br>10535 Foothill Boulevard, Suite 300<br>Rancho Cucamonga, California 91730<br><br>*Attorneys for Plaintiff Judy Durgin, Derivatively on Behalf of Amgen, Inc.* | Steven O. Kramer, Esq.<br>John Nadolenco, Esq.<br>Mack Anderson, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, California 90071-1503<br><br>*Attorneys for Defendants Kevin W. Sharer, George J. Morrow, Dennis M. Fenton, Brian M. McNamee, Roger M. Perlmutter, David Baltimore, Gilbert S. Omenn, Judith C. Pelham, Frederick W. Gluck, Jerry D. Choate, J. Paul Reason, Frank J. Biondi, Jr., Leonard D. Schaeffer, Frank C. Herringer, Richard D. Nanula, Edward V. Fritzky, and Franklin P. Johnson, Jr.* |
| Paul T. Warner, Esq.<br>The Warner Law Firm<br>6363 Woodway, Suite 910<br>Houston, Texas 77057<br><br>*Attorneys for Plaintiff Judy Durgin, Derivatively on Behalf of Amgen, Inc.* | |

1  I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made
2  and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
3
   Executed on **August 14, 2007**, at Costa Mesa, California.
4
5  _____
   Debra A. Sanders