UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No : | **LEAD** CV 07-2536-PSG (PLAx)<br>CV 07-3880-PSG (AGRx)<br>CV 07-3623-PSG(AGRx)<br>CV 07-3001-PSG (PLAx)<br>CV 07-3711-PSG (AGRx) | Date: | August 17, 2007 |
|---|---|---|---|

| Title: | Scott Kairalla -vs Amgen Inc , et al. |
|---|---|
| | Painter's District Council No. 30 Health & Welfare Fund -vs- Amgen, Inc. |
| | United Food & Commercial Workers Central Pennsylvania and Regional Health & Welfare Fund -vs- Amgen, Inc. |
| | Judy Durgin -vs- Kevin W. Sharer, et al. |
| | Vista Healthplan, Inc. -vs- Amgen, Inc. |

**Present: The Honorable:**  Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                              Not Present

Proceedings:    **(In Chambers)**
*       **DEFENDANTS' MOTION TO TRANSFER VENUE
        FILED 08-03-07 - FILED UNDER CV 07-3880**
*       **DEFENDANT'S MOTION TO DISMISS COMPLAINT
        FILED 08-03-07 - FILED UNDER CV 07-3880**
*       **PLAINTIFF'S MOTION TO CONSOLIDATE
        FILED 08-08-07 - FILED UNDER CV 07-3623**

**PLEASE TAKE NOTICE** that on the Court's own motion, all the above-referenced motions set for hearing on September 10, 2007 shall be continued to **Monday, September 24, 2007 at 1:30 p.m.**

The aforementioned motions shall be heard along with the following matters filed on August 14, 2007 under case number CV 07-3001-PSG (PLAx), and already set for hearing on September 24, 2007:

- Defendants' Motion to Dismiss Plaintiff's Shareholder Derivative Complaint
- Individual Defendants' Joinder in Nominal Defendant Amgen, Inc.'S Motion to Dismiss Shareholder Derivative Action for Failure to Make Litigation Demand and Motion in the Alternative to Stay
- Nominal Defendant Amgen, Inc.'S Motion to Dismiss Shareholder Derivative Action for Failure to Make Litigation Demand
- Nominal Defendant Amgen, Inc.'S Motion in the Alternative to Stay Shareholder Derivative Action or to Stay Discovery

cc: Counsel



DOCKETED ON CM
AUG 21 2007
BY

Initials of Preparer          wkh

CV-90 (06/04)                CIVIL MINUTES - GENERAL                Page 1 of 1