ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
JAMES I. JACONETTE (179565)
FRANCIS A. DIGIACCO (265625)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
jamesj@rgrdlaw.com
fdigiacco@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUDY DURGIN, Derivatively on Behalf of AMGEN, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN W. SHARER, et al.,<br><br>　　　　　　　　　Defendants,<br><br>　– and –<br><br>AMGEN INC., a Delaware corporation,<br><br>　　　　　Nominal Defendant. | No. CV-07-03001-PSG (PLAx)<br><br>STIPULATION TO ADMINISTRATIVELY REOPEN CASE AND CONTINUE STAY |

879864_1

1  WHEREAS, on April 17, 2007, plaintiff Scott Kairalla filed a Complaint for Violation of the Federal Securities Laws in *Kairalla v. Amgen Inc., et al.*, Case No. CV 07-2536 PSG (PLAx) (the "*Kairalla* Action");

WHEREAS, on May 7, 2007, a Verified Shareholder Derivative Complaint for Violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 Promulgated Thereunder, and Breaches of Fiduciary Duty was filed in *Durgin v. Sharer, et al.*, Case No. CV 07-03001 PSG (PLAx) (the "*Durgin* Action");

WHEREAS, on July 31, 2007, the Court consolidated five related federal securities class actions with the *Kairalla* Action (collectively, the "Related Securities Class Action");

WHEREAS, on October 1, 2007, a Consolidated Amended Class Action Complaint for Violation of Federal Securities Laws was filed in the Related Securities Class Action;

WHEREAS, defendants Kevin Sharer, George Morrow, Dennis Fenton, Brian McNamee, Roger Perlmutter, David Baltimore, Gilbert Omenn, Judith Pelham, Frederick Gluck, Jerry Choate, J. Paul Reason, Frank Biondi, Jr., Leonard Schaeffer, Frank Herringer, Richard Nanula, Edward Fritzky and Franklin Johnson, Jr. (collectively, the "Individual Defendants") filed their Motion to Dismiss Shareholder Derivative Complaint on August 14, 2007;

WHEREAS, Nominal Defendant Amgen Inc. ("Amgen") filed its Motion to Dismiss Shareholder Derivative Action for Failure to Make Litigation Demand and Motion in the Alternative to Stay Shareholder Derivative Action or to Stay Discovery ("Motion to Stay") on August 14, 2007;

WHEREAS, Amgen's Motion to Stay sought to stay this shareholder derivative action until the Related Securities Class Action was resolved because, among other things, Amgen asserted, "to avoid unnecessary duplication, to simplify the trial of this action, and to avoid prejudice to Amgen resulting from a simultaneous prosecution of this case and the related securities class action;"

- 1 -

879864_1

1  WHEREAS, counsel for Plaintiff, Amgen and the Individual Defendants (hereinafter also referred to as the "Parties") stipulated, and the Court ordered on September 20, 2007 (the "Stay Order"), that the *Durgin* Action shall be stayed for all purposes until 30 days after a final ruling by the Court in the Related Securities Class Action;

WHEREAS, the Parties have abided by the Stay Order as pre-trial procedure in the Related Securities Class Action has continued:

    (a) on February 1, 2008, the Court granted in part and denied in part Defendants' Motion to Dismiss the Consolidated Amended Complaint;

    (b) on August 12, 2009, the Court granted Plaintiffs' Motion for Class Certification;

    (c) on November 8, 2011, the United States Court of Appeals for the Ninth Circuit affirmed the Court's grant of class certification; and

    (d) on February 27, 2013, the Supreme Court of the United States affirmed the Ninth Circuit's affirmation of the Court's grant of class certification;

WHEREAS, on August 16, 2013, a status conference was held in the Related Securities Class Action, exclusive of related actions, including the *Durgin* Action;

WHEREAS, on August 16, 2013, the Court ordered the *Durgin* Action be administratively closed, to be reopened by either party; and

WHEREAS, the Parties agree that it is in the best interest of the Parties, the Court, and judicial economy for the *Durgin* Action to be reopened, but stayed pending final resolution of the Related Securities Action.

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AND AGREE AS FOLLOWS:

    (a) the *Durgin* Action shall be reopened;

    (b) the *Durgin* Action shall remain stayed for all purposes and the Stay Order shall remain in effect until 30 days after a final ruling by the Court resolving the Related Securities Class Action;

879864_1

1      (c)    any Party may move to lift the stay based upon a material change of facts or circumstances occurring after the Parties entered into this stipulation or if any related shareholder derivative action proceeds post-motion to dismiss or into discovery; and

    (d)    other than set forth in this stipulation, the Parties reserve all of their rights, objections and defenses and none of their rights, objections and defenses are waived during the stay.

DATED: November 20, 2013

ROBBINS GELLER RUDMAN  
  & DOWD LLP  
TRAVIS E. DOWNS III  
JAMES I. JACONETTE  
FRANCIS A. DIGIACCO

*/s/ James I. Jaconette*  
JAMES I. JACONETTE

655 West Broadway, Suite 1900  
San Diego, CA 92101  
Telephone: 619/231-1058  
619/231-7423 (fax)

THE WARNER LAW FIRM  
PAUL WARNER  
11123 McCracken Circle, Suite A  
Cypress, TX 77429  
Telephone: 281/664-7777  
281/664-7774 (fax)

LAW OFFICES OF DAVID M.  
  GOLDSTEIN  
DAVID M. GOLDSTEIN  
10535 Foothill Blvd., Suite 300  
Rancho Cucamonga, CA 91729  
Telephone: 909/466-4757  
909/980-5525 (fax)

Attorneys for Plaintiff

- 3 -

879864_1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | DATED: November 19, 2013 | IRELL AND MANELLA LLP<br>JOHN C. HUESTON<br>DANIEL P. LEFLER<br>GLENN K. VANZURA |
| 5 | | |
| 6 | | |
| 7 | | */s/ Glenn K. Vanzura*<br>GLENN K. VANZURA |
| 8 | | |
| 9 | | 1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010<br>Facsimile: (310) 203-7199 |
| 10 | | |
| 11 | | |
| 12 | | Attorneys for Nominal Defendant<br>AMGEN INC. |
| 13 | DATED: November 19, 2013 | SHEPPARD MULLIN RICHTER &<br>  HAMPTON LLP<br>STEVEN O. KRAMER |
| 14 | | |
| 15 | | |
| 16 | | */s/ Steven Kramer*<br>STEVEN O. KRAMER |
| 17 | | |
| 18 | | 333 South Hope Street 48th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 620-1780<br>Facsimile: (213) 620-1398 |
| 19 | | |
| 20 | | Attorney for Individual Defendants<br>KEVIN W. SHARER, GEORGE J.<br>MORROW, DENNIS M. FENTON,<br>BRIAN M. MCNAMEE, ROGER M.<br>PERLMUTTER, DAVID BALTIMORE,<br>GILBERT S. OMENN, JUDITH C.<br>PELHAM, FREDERICK W. GLUCK,<br>JERRY D. CHOATE, J. PAUL REASON,<br>FRANK J. BIONDI, JR., LEONARD D.<br>SCHAEFFER, FRANK C. HERRINGER,<br>RICHARD D. NANULA, EDWARD V.<br>FRITZKY, and FRANKLIN P.<br>JOHNSON, JR. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 4 -

879864_1

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2013.

s/ JAMES I. JACONETTE
JAMES I. JACONETTE

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:jamesj@rgrdlaw.com

# Mailing Information for a Case 2:07-cv-03001-PSG-PLA Judy Durgin v. Kevin W Sharer et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **C Moze Cowper**
  mcowper@amgen.com

- **David Martin Goldstein**
  marlene@daveglaw.com

- **John C Hueston**
  jhueston@irell.com,lhiles@irell.com

- **James I Jaconette**
  jamesj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven O Kramer**
  skramer@sheppardmullin.com

- **John G Snow**
  jsnow@irell.com

- **Paul T Warner**
  pwarner@warner-law.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mack               Anderson
Mayer Brown
350 S Grand Ave, 25th Fl
Los Angeles, CA 90071-1503

Mary               Lynne Calkins
Coughlin Stoia Geller Rudman and Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101

Anna               S Richo
Amgen Inc
One Amgen Center Drive
Mail Stop 28-2-B
Thousand Oaks, CA 91320
```