1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   TRAVIS E. DOWNS III (148274)
    JAMES I. JACONETTE (179565)
3   FRANCIS A. DIGIACCO (265625)
    655 West Broadway, Suite 1900
4   San Diego, CA  92101
    Telephone:  619/231-1058
5   619/231-7423 (fax)
    travisd@rgrdlaw.com
6   jamesj@rgrdlaw.com
    fdigiacco@rgrdlaw.com
7
    Attorneys for Plaintiff
8
    [Additional counsel appear on signature page.]
9
                        UNITED STATES DISTRICT COURT
10
                       CENTRAL DISTRICT OF CALIFORNIA
11
                              WESTERN DIVISION
12
    JUDY DURGIN, Derivatively on Behalf)   No. CV-07-03001-PSG (PLAx)
13  of AMGEN, INC.,                     )
                                        )   [PROPOSED] ORDER GRANTING
14                        Plaintiff,    )   STIPULATION TO
                                        )   ADMINISTRATIVELY REOPEN
15       vs.                            )   CASE AND CONTINUE STAY
                                        )
16  KEVIN W. SHARER, et al.,            )
                                        )
17                        Defendants,   )
                                        )
18       – and –
19  AMGEN INC., a Delaware corporation,
20                    Nominal Defendant.
    _____
21
22
23
24
25
26
27
28

895338_1

E-FILED 11/21/13

JS-5

1    GOOD CAUSE APPEARING, pursuant to the Stipulation of the Parties:

2    1.    The *Durgin* Action shall be reopened;

3    2.    The *Durgin* Action shall be stayed for all purposes until 30 days after a

4 final ruling by the Court resolving the *Kairalla* Action;

5    3.    Any Party may move to lift the stay based upon a material change of

6 facts or circumstances occurring after the Parties entered into this stipulation or if any

7 related shareholder derivative action proceeds post-motion to dismiss or into

8 discovery; and

9    4.    Other than set forth in this stipulation, the Parties reserve all of their

10 rights, objections and defenses and none of their rights, objections and defenses are

11 waived during the stay.

12    5.

13    IT IS SO ORDERED.

14 DATED:  __11/20/13_____

PHILIP S. GUTIERREZ

_____

THE HONORABLE
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

- 1 -

895338_1